# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-5309-CAS(JCx) | Date | January 6, 2014 |
|---|---|---|---|
| Title | *AMERICAN AUTOMOBILE ASSOCIATION, INC. v. AA'A RENT A CAR; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Michael Adams | Not Present | |

**Proceedings:**  PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (Filed 01/06/14)[19]

Hearing held and plaintiff's counsel is present. No appearance is made by defendant, nor on defendant's behalf. The Court confers with plaintiff's counsel. The Court grants plaintiff's Motion for Default Judgment, in part, and denies in part, as to attorneys fees to be awarded. The Court will issue plaintiff's Proposed Order, as amended by the Court, forthwith.

| | 00 | : | 03 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |